# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-1107
LT Case No. 2022-CA-004280

———————————————

CHRISTOPHER MASCIA,

Appellant,

v.

COASTAL LUXURY OUTDOORS,
LLC d/b/a SWIMCRAFT POOLS,
SWIMCRAFT POOLS, LLC, and
HENRY WOODS,

Appellees.

———————————————

On appeal from the Circuit Court for Duval County.
Robert Michael Dees, Judge.

Nicholas Martino, of Martino & McCabe, Ponte Vedra Beach,
for Appellant.

Joseph T. Kissane and Jackson T. Campbell, of Cole, Scott &
Kissane, P.A., Jacksonville, for Appellees.

June 4, 2026

PER CURIAM.

AFFIRMED.

JAY, C. J., and MAKAR and WALLIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____